UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: BAYCOL PRODUCTS LITIGATION, | MDL NO. 1431 (MJD/JGL) |
| | NO. 02-161 |
| This document relates to: GORDON E. DANSEREAU and BARBARA C. DANSEREAU | STIPULATION OF DISMISSAL |
| VERSUS | |
| BAYER CORPORATION and BAYER AKTIENGESELLSCHAFT | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

**IT IS HEREBY ORDERED** pursuant to the above Stipulation that Plaintiff's Complaint in the above-referenced matter is hereby dismissed with prejudice, each party to bear its own costs and attorneys' fees.

Dated this ______ day of APR 26 2004, 2004.

Michael J. Davis

UNITED STATES DISTRICT COURT JUDGE